## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**K.W. a minor, individually,**
**by and through their Parents,**
**KEITH WRIGHT AND MELISSA WRIGHT**

and

**JACOB WRIGHT**

Case No. 3:21-cv-634

      Plaintiffs,

v.

**SCHOOL DISTRICT OF SOMERSET,**

      Defendant.

## COMPLAINT

NOW COME PLAINTIFFS, KW individually, by and through her Parents, KEITH WRIGHT and MELISSA WRIGHT, and JACOB WRIGHT, by their attorneys, Gingras, Thomsen & Wachs LLP by Robert J. Gingras, Scott B. Thompson, and Kimberly D. Sweatt, hereby state and allege as follows:

### <u>PARTIES</u>

1.    Plaintiff KW, a minor, individually, by and through her Parents, Keith Wright and Melissa Wright, is a resident of the State of Wisconsin and currently resides in the Township of Somerset, Wisconsin. At all times relevant to this Complaint, Plaintiff KW was and currently is residing in the Western District of Wisconsin.

2.     Plaintiff Jacob Wright is in the Navy and currently resides in Groton, CT. At all times relevant to this Complaint, Plaintiff Jacob Wright resided in the Western District of Wisconsin.

3.     Defendant, School District of Somerset ("SDS"), is a public education school district and governmental entity created under Wisconsin Stat. § 118, *et. seq.* At all times relevant to this Complaint, SDS is a publicly funded school and government entity as those terms are used under Title VI. At all times relevant to this Complaint, SDS was engaged in the management and government of said school district and was responsible for the actions of its employees and for developing and implementing official policy for the district and for protecting its students and supervising its staff.

## JURISDICTION AND VENUE

4.     This court has jurisdiction over this matter pursuant to 28 U.S.C. sec. 1331 for the Title VI claims.

5.     These claims may be venued in the Western District of Wisconsin pursuant to 28 U.S.C. § 1391, insofar as all of the parties live and/or conduct business in the Western District of Wisconsin, and the circumstances giving rise to this claim occurred in this district.

## NATURE OF PROCEEDINGS

6.     This is a Civil Rights claim brought under 42 U.S.C. 2000d *et. seq.* known as Title VI of the 1964 Civil Rights Act seeking damages, costs, and attorney's fees against School District of Somerset.

2

## PROLOGUE

7.    The racial discrimination suffered by Jacob Wright and KW as a result of SDS's deliberate indifference occurred in the middle school and the high school. The Somerset Middle School teaches grade five through grade eight, and the high school teaches grade nine through grade twelve.

8.    Jacob Wright, KW, and their parents informed teachers and administrators about student-on-student racial bullying ever since the 2012 – 2013 school year.

9.    Despite informing school staff and administrators about the ongoing racial bullying occurring on school grounds, the SDS failed to take any meaningful action.

10.    Some of the following allegations are discrete incidents. Some can be consolidated into a general allegation that a racially hostile environment in violation of Title VI existed in SDS and SDS was deliberately indifferent in its response to the racially hostile environment.

## FACTUAL ALLEGATIONS

11.    Over the course of many years, Jacob Wright and KW were subjected to student-on-student racial harassment and discrimination at the Somerset School District, including but not limited to the incidents of racial harassment and discrimination set forth below.

12.    During the 2012 – 2013 school year, Jacob Wright was in fifth grade at Somerset Middle School. During a school lunch period, a student named G came up

to Jacob Wright and said, "Black people should sit at another table because they are Black." Jacob reported the racial bullying to his mother, Melissa Wright.

13.     During the 2012 – 2013 school year, Jacob was with his class, coming back from a field trip. Jacob saw white student, TJ, sleeping. Jacob was worried TJ would not wake up on time, so Jacob decided to help him wake up. When TJ woke up, he said, "which one of you niggers just touched me?" Jacob reported the comment to his teacher, Mrs. Boucher. Mrs. Boucher told Jacob she would deal with it, and then she told TJ that he cannot say that in school. Nothing else was done.

14.     On April 2, 2013, during Character Ed class, Jacob Wright was talking with his friend, BM, when student NB came up to them and stated, "[BM] you can beat up slaves you know." Jacob reported the comment to his teacher. Upon information and belief, the students were not disciplined.

15.     On April 3, 2013, Melissa Wright reported the above-described racial bullying incidents to Jacob's teacher, Mr. Andre Johnson, and requested a meeting with Mr. Johnson, Mrs. Boucher, and Principal Eichten to address the ongoing racial bullying that her son, Jacob Wright had been experiencing.

16.     On April 18, 2013, Keith and Melissa Wright met with former Superintendent Randy Rosburg at the SDS district office about their concerns of racism on school grounds directed toward their son, Jacob Wright. Former Superintendent Rosburg assured Mr. and Ms. Wright that the consequences for continued inappropriate behavior would rachet up until the inappropriate actions stopped.

4

17.     During summer school in 2013, white student BS called Jacob Wright a nigger. Jacob told his summer school teacher. The teacher did not do anything to address the racial harassment. That evening, Jacob told his father, Keith Wright, what student BS had said.

18.     The next school day, Keith Wright went to the school and talked to the secretary about the racial harassment directed at his son. The secretary told acting Principal Brad Nemec about the incident.

19.     Keith Wright followed up with acting Principal Nemec and told him that his son has experienced this type of problem several times.

20.     Acting Principal Nemec interviewed the students involved, called BS's mother, and wrote a letter to Middle School Principal Sara Eichten about the racist remark said to Jacob Wright.

21.     Student BS admitted to saying the racist remark to Jacob Wright.

22.     In the letter to Principal Eichten, acting Principal Nemec stated that "[SDS] has a zero-tolerance policy about bullying, racist comments, or anything that is derogatory in nature." The letter further states, "I sense this has been a problem for a few years." In the letter, acting Principal Nemec pleads with Principal Eichten for "staff and the students to have an in-service on how to spot, confront, and deal with bullying" as well as diversity education for himself and the "many staff that need to gain better knowledge." Acting Principal Nemec also suggested holding a meeting with the students involved and their parents to address ongoing issues. The in-service did not occur. There was no meeting with the students and parents.

23.    Also during the 2013 summer school session, Jacob Wright's mother, Melissa Wright, saw confederate flag artwork on the ceiling of the school. Melissa spoke with the office staff and with Principal Eichten about how displaying the confederate flag on school grounds was inappropriate. Melissa Wright asked Principal Eichten to remove the artwork. Principal Eichten refused.

24.    Shortly after Principal Eichten refused to remove the artwork, Melissa Wright then spoke with former Superintendent Randy Rosburg about the confederate flag artwork on school grounds. At this point, the artwork was finally removed from the ceiling. Ms. Wright is unsure how long the artwork was on the ceiling before she saw it.



25.    On July 29, 2013, Keith Wright and Melissa Wright spoke with former Superintendent Rosburg again about the escalating student-on-student racial harassment directed at their son, Jacob Wright. Former Superintendent Rosburg again stated that SDS would "ratchet[] up consequences for repeated inappropriate

behavior, significant consequences for racism, and diversity training for students and staff."

26.    On January 15, 2015, at the beginning of the school day, white student HT approached Jacob Wright and said, "what's up nigger." Jacob told HT that was not cool, and then he told the office staff. The office staff simply said "ok" and did nothing. Jacob then told his teacher, Mr. Damon Barta about the racial slur that student HT directed at him. Mr. Barta took immediate action by requiring that HT apologize to Jacob and go to the office. Mr. Barta also brought the issue to Principal Eichten's attention.

27.    On January 16, 2015, Melissa Wright followed up with Mr. Barta and expressed her gratitude for helping Jacob. Melissa informed Mr. Barta that Jacob has almost lost all trust in the school and does not feel safe there.



**Me**
To:

1/16/15

**Jacob Wright**

Mr Barta,

I want to take a minute to express my gratitude for reacting appropriately to the incident on Jan. 15. Unfortunately this word has been thrown out at or in front of Jacob so many times at school that I am starting to lose count. First, I am not sure if you are aware but yesterday you were the second adult that he went to for help. Unfortunately, the first adult did not see it as important as it should be and did nothing. Due to the circumstances Jacob has almost lost all trust in the school and doesn't feel safe anymore. Many days he has anxiety and is very worried what may happen. When Jacob got home yesterday and told me about all of the events that happened at school. He was so happy that you treated him as a human and as a equal. He expressed that you understood that this kind of language was not tolerated at school. This was the first time a student has apologized for using this derogatory word toward or in front of him. I also appreciate you immediately bringing this to the principles attention. This has been the first time Jacob has come home ok verses flaming angry because he feels alone. You are the first person that has stuck up for Jacob and not only said you were going to do something but actually do something. Thank you for treating my son as a human because he does deserve it.

Thank you
Melissa Wright

28.     On January 19, 2015, Keith Wright spoke at the SDS School Board Meeting about the racial bullying directed toward his son, Jacob Wright. He stressed the importance of Martin Luther King Day and how this would be the perfect time to speak about diversity. The Board responded that "they will look at this and take the steps necessary to correct this."

29.     During the 2015 – 2016 school year, when Jacob Wright was in eighth grade, a student called Jacob a nigger in class. His mother Melissa Wright called Jacob's English teacher Mrs. Flater to report the racist comment. Mrs. Flater responded to Ms. Wright by saying that word was actually said to another student. However, Jacob was the only minority in the classroom.

30.    During the 2015 – 2016 school year, the winter art festival at Somerset Middle School displayed artwork depicting a swastika and artwork of a noose with a confederate flag. Ms. Wright immediately addressed it with the art teacher. The art teacher responded by saying that the kids are allowed to make whatever they like.





31.    During the fall semester of the 2015-2016 school year, at recess, Jacob

Wright was at the swings by student BS when another student, GM, approached

them. BS told GM to get Jacob away. GM then pushed Jacob to the ground. Jacob

got up and kicked GM. The two boys proceeded to throw punches until GM asked

Jacob to stop. After Jacob stopped, GM called him a nigger. The physical fight

resumed. Students LG and BS witnessed the entire incident. A teacher's aide, Mrs.

Rodriquez saw the fight, approached the group, and listened to both sides of the story. Mrs. Rodriquez did not believe Jacob, and she made him apologize to GM in front of all the students. Devastated, Jacob sat on the ground with his head down. The teacher came back to Jacob and asked him if he felt bad for what he did.

32.     During the fall semester of the 2015-2016 school year, at an indoor recess period, Jacob and another student were playing basketball. Jacob blocked the student's shot and got the ball. The student then pushed Jacob to the floor. Jacob got up and punched the student twice. The student called Jacob a nigger. The teacher's aide sent Jacob to the office and allowed the other student to continue to play.

33.     During the spring semester of the 2015-2016 school year, at another recess period, Jacob was playing flag football with students C and EA. Student C accused Jacob of cheating, then took a field cone and threw it at Jacob. Jacob caught the cone and threw it back. The cone hit C in the face and cut his skin. Student C got mad and threatened to fight Jacob. At this point, the teacher's aide came over and sent Jacob to the office. The teacher's aide allowed student C to continue to play.

34.     At the office, Principal Eichten and the school counselor both interrogated Jacob. They lectured Jacob about how he was wrong and told him that he would be in detention the following day. They did not even talk to the other student. That evening, Jacob told his parents what happened. Jacob's father told him that if he gets detention that Jacob should call home immediately.

35.     The next day at recess, a school staff approached Jacob and took him to detention. Jacob requested to use the phone. The teacher refused. Jacob then asked to use the restroom at which point he went to the school office called home. Jacob told his father what was happening.

36.     Mr. Wright immediately came to the school and requested to speak with Principal Eichten. Mr. Wright asked Principal Eichten why Jacob was in detention when the other student who started the incident was not. Principal Eichten stated that Jacob was in detention because he retaliated against the student. Mr. Wright also asked why she and the school counselor badgered Jacob, who was the victim in this situation. Mr. Wright pointed out that what Jacob did was not retaliation but rather self-defense because he was being attacked. Principal Eichten assured Mr. Wright that the other student would be disciplined, but ultimately, the other student was not disciplined.

37.     On May 16, 2016, Melissa Wright spoke to the SDS School Board about the racial harassment Jacob continued to experience at Somerset Middle School. School Board member Gunther stated that the Board and the school will work to resolve the issue.

38.     During the 2016 – 2017 school year, Plaintiff KW attended Somerset Middle School. In January, during gym class, the students were playing soccer. KW blocked white student, MN's, goal. MN called Plaintiff KW a nigger. KW ignored the racial slur and continued to play soccer. She did not report it.

39.    During the same school year in science class Plaintiff KW was sitting next to student JW. They were talking when student MN interrupted KW. Student MN told KW, "You are so annoying why don't you go back to Africa where you came from." That evening, KW told her parents what happened. Melissa Wright told Principal Eichten that KW was offended and hurt and that "this type of racism should not be tolerated in school and needs to be addressed immediately." Ms. Wright told Principal Eichten that it was not the first time MN made racially offensive statements to KW. Ms. Wright told Principal Eichten that MN called KW a nigger during a game at school.

40.    During the 2016-2017 school year, Plaintiff KW was in the hallway in between classes with a friend when student MN approached her and said that KW is the exact definition of a nigger. KW asked him what he meant. Student MN repeated himself. KW walked down the hallway, in an attempt to ignore MN.

41.    At this point, KW's parents addressed Principal Eichten and Superintendent Mark Bezek about the ongoing racial harassment and discrimination at Somerset Middle School. After the meeting, the middle school gym teacher spoke with KW and MN separately. KW states that the gym teacher simply asked her what happened, and that was it.

42.    The school did not investigate the first time that MN said the word nigger to KW. Principal Eichten stated she did not investigate that incident because she did not find out until months later and she did not know if MN would even remember making the remark. Furthermore, the District stated during the

13

investigation done by the Office of Civil Rights ("OCR") that it did not investigate and punish MN for the racial comments he made because "[i]t would be unreasonable for the District to investigate and punish [MN] for comments that he allegedly made four months earlier, especially in light of the fact that he was already being investigated and punished for the May comment." The SDS told OCR that even had it investigated both incidents, the punishment for MN would likely have been the same. The SDS told OCR that it did not offer any resources, such as counseling to KW.

43.    After the gym teacher spoke with KW and MN, several students retaliated against KW. KW received text messages through Snapchat from about ten other students calling KW a liar. The students stated that KW was wrong, student MN was right, and that MN did not say anything to her. Among others, KW received texts from students AR and CH.

44.    Meanwhile, at Somerset High School, during the 2016-2017 school year, student E sang a song in the football locker room and said the word nigger in Jacob's presence. Jacob reported the incident to teacher Mr. Walsh. Mr. Walsh had the student apologize to Jacob. No further disciplinary action was taken.

45.    In November 2016, Melissa Wright contacted Somerset High School in response to students in the school hallway chanting "build the wall" and other inappropriate things.

46.    On January 16, 2017, Melissa Wright spoke with the SDS School Board about the importance of diversity, the importance of Martin Luther King

Day, and the ongoing racial discrimination that her children were experiencing at SDS.

47.    During the month of April, 2017, a student came to the high school wearing a t-shirt that depicted the confederate flag. Jacob told his parents about it that evening. Mr. and Ms. Wright told Jacob that he should report it to a teacher if it happens again.

48.    The student came to school again wearing a t-shirt that depicted the confederate flag.

49.    Ms. Wright emailed Principal Moore about students wearing clothing depicting the confederate flag on school grounds.

50.    On Friday, April 7, 2017, Principal Moore called Ms. Wright and stated that the student's parents had been notified and that the student will no longer be allowed to wear clothing depicting the confederate flag on school grounds. The same day, Principal Moore called Ms. Wright a second time stating that the student's parents were upset that their son was not allowed to bring the confederate flag on school property. He told Ms. Wright that Jacob should come to him immediately if he has any more problems.

51.    In April, 2017 students in Ms. Erwin's high school English Class were assigned an essay. On the day the essay was due, student HT announced that he would be reading an essay about the confederate flag. Jacob requested that he be allowed to go to the office. Jacob talked to Principal Moore about the essay HT planned to read. However, Principal Moore simply sent Jacob back to class. When it

was HT's turn to read, Jacob recorded HT's reading of the report. Student BW caught Jacob recording the reading and told HT, who reported it to English teacher Ms. Erwin. Jacob told Ms. Erwin that he had recorded the reading and that he would turn it in to Principal Moore. Before Jacob could get to the principal's office, teacher Mr. Walsh took Jacob's phone and told him that he could not have the phone back. Jacob called his parents, who immediately came to the high school and requested to have their property returned. Mr. Walsh refused. Mr. and Ms. Wright then called the police. At that point, Mr. Walsh returned the phone.

52.    Students retaliated against Jacob for reporting HT's confederate flag essay to the principal. Specifically, student EK started a student movement against Jacob on Instagram called "Stand for T***." In this group, students would text each other pictures of the confederate flag. This happened during classroom hours, and the images were intentionally shown to Jacob. Additionally, in the English classroom, students chanted "Stand for T***."

53.    During the school day, while Jacob was on his way to the restroom, he overheard students talk about the Stand for T*** movement and passing pictures of the confederate flag among themselves. Jacob reported this to Mrs. Erwin by confidentially putting a letter on her desk. Jacob watched while Mrs. Erwin read the letter. Mrs. Erwin took no action in response to Jacob's complaint. While in the restroom, Jacob discovered that a picture of him was passed around by students.

54.    During Mrs. Haugen's biology class Jacob was sad and his feelings were apparent to other classmates. Student B took a picture of Jacob, drew on the

picture, and sent it to all her friends. When Jacob got to band class, a mutual friend of Jacob and student B showed Jacob the picture. Jacob reported the incident to his mother. Ms. Wright reported the incident to both the band teacher, Mr. Possehl, and to Principal Moore, but nothing was done.

55. On May 17, 2017, during lunch, Jacob was sitting with students SP, S, and NS. Students EK and HT came up to Jacob and asked if he wanted to fight. EK told Jacob, "go back to Africa." Jacob reported the incident to teacher Mr. Walsh. Mr. Walsh did not take any disciplinary action. Later in the day, student HT sent Jacob a text message saying, "I do not like black people."

56. On May 18, 2017, Jacob's locker was vandalized, and all his football stickers were stolen from his locker. Jacob reported the vandalism to Principal Moore. Principal Moore told Jacob that he would look at the video, but he did not follow up with Jacob. Principal Moore had Jacob move lockers, but nothing else was done about the incident.

57. On May 19, 2017, the same student wore the t-shirt depicting the confederate flag to school again. Jacob told teacher Mr. Walsh, but nothing was done.

58. Ms. Wright called the school regarding the t-shirt depicting the confederate flag and spoke to Director of Pupil Services, Shannon Donnelly. Ms. Donnelly told Ms. Wright that a student can wear clothing depicting the confederate flag unless it causes a disruption to students.

59. The SDS all-school handbook specifically states that students are not permitted to wear clothing that refers to the confederate flag.

**DRESS AND GROOMING**

Students are expected to be dressed in a decent manner while in school or at any school-sponsored event. Headgear (hats, caps, bandanas, hoods, etc.), jackets, and items that cover the face or ears are outdoor wear. All will be left in the student's locker/backpack during the school day and not worn in school, except on specially designated days, or for religious observance. Face coverings may be worn to control communicable diseases.

Students will not be permitted to wear dress that causes a distraction or is unsafe; clothing or jewelry that refers to drugs, sex, violence, death, alcohol, tobacco products, obscenity, racism (i.e. the Confederate flag), gangs, or slogans that are suggestive of any of the above; clothing that may cause embarrassment to the wearer or viewer because of being immodest, suggestive or revealing -- specifically, clothing tops must cover cleavage, have a one (1) inch minimum for straps, and must meet with pants/shorts/skirts (no bare midriffs). The top of the pants/shorts/skirts must be at waist level, and if the pants/shorts/skirts are too large for the waist, they must be held in place by a belt or device intended to hold up pants. Very short skirts or shorts are not appropriate school attire. Undershirts, cutoff shirts, muscle shirts, etc; all underwear items (including bras and boxers) must be completely covered. Shoes or sandals must be worn at all times. Unless specifically approved, bedroom slippers are not appropriate school attire. In addition, students are not allowed to wear or carry items such as flags and blankets with them during the school day. Students wearing clothing judged to be inappropriate will be asked to change and parents will be notified.

60. Ms. Wright emailed Principal Moore reminding him that the high school has been on notice since November 2016 that this type of image is disturbing to Jacob. Ms. Wright explained that allowing this type of imagery on school grounds violates Jacob's civil rights, affects Jacob both academically and socially, and that Jacob feels threatened and unsafe at school. Principal Moore did not reply to Ms. Wright's email, nor did he take any further action.



**Me** ▇▇▇▇▇▇▇▇▇▇▇▇                                                    5/22/17
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### Jacob Wright

Mr. Moore,

It has been brought to my attention for the 4th time(2 times by male student and now 2 times by a female student) a student is still wearing a white supremacist/confederate flag shirt to school. This happened on Friday, May 19 and was brought to Mr Walsh's attention by Jacob. I am very confused to why nothing is being done regarding this. Are students allowed to wear white supremacist/confederate flag shirts to school? I talked to Mrs Donnelly this morning about this issue because you were not available and she told me that a student can wear this unless it cause disruption to students. Allowing a student to wear a white supremacist/confederate flag shirt is disturbing Jacob and has been since Nov. 2016. Allowing this to happen multiple times is violating my son's civil rights. I do not understand why I keep bringing this to the schools attention and nothing is being done. This is affecting Jacob not only academically but socially. My son feels threatened and unsafe in an environment that allows racism to occur. My son has been badgered to point of harassment over last month or so. I don't understand why this is allowed when I have brought this to the schools attention multiple times. I would like a response to why these incidents are not being handled properly or to why these incidents are being allowed.

 Thank you
Melissa Wright



61.    On another day, Jacob wore a Call of Duty shirt to school, which depicted a picture of a gun. The student who wore the confederate-flag t-shirt complained about Jacob's t-shirt to teacher Mr. Walsh. Mr. Walsh told Jacob he could not wear the Call of Duty shirt to school because if it offended another student.

62.    Mr. and Ms. Wright filed a Complaint with the U.S. Department of Education, Office for Civil Rights ("OCR") regarding SDS's persistent and ongoing

failure to take appropriate action to address the racially hostile environment. Only a few of the allegations described above were included in the Complaint to OCR.

63. On August 27, 2021, the OCR issued a letter setting forth OCR's determination. OCR concluded that SDS failed to respond to the report that MN used a racial slur toward KW in January 2017. OCR also concluded that SDS failed to keep sufficient records for OCR to assess SDS's compliance with Title VI.

64. Upon reaching its conclusion, OCR required SDS to:

a. Investigate the allegation of racial harassment of KW in January 2017 and assess whether KW requires additional supports services, including counseling, to remedy the effects of any harassment found to have occurred;

b. Provide individual relief to Jacob Wright in the form of an offer of counseling if needed, or another suitable opportunity to discuss his experience with racial harassment;

c. Train District staff on SDS's nondiscrimination and harassment policies and on investigation techniques;

d. Provide training to students at Somerset Middle School and Somerset High School on the District's nondiscrimination harassment policies; and

e. Take steps to track and maintain data concerning incidents of racial harassment and discrimination involving District students sufficient to determine Title VI compliance.

## FIRST CLAIM FOR RELIEF AGAINST DEFENDANT SCHOOL DISTRICT OF SOMERSET: VIOLATION OF TITLE VI

65.    The plaintiffs reallege and incorporate the preceding paragraphs as if set forth fully herein.

66.    Officials at SDS had actual notice that Jacob and KW were subjected to an objectively offensive racially hostile educational environment for years.

67.    By continuously disregarding the racial harassment, or failing to reasonably intervene to prevent it, SDS intentionally allowed the racially hostile educational environment to occur, and/or it was deliberately indifferent to it in violation of Title VI.

68.    The unlawful racial harassment described in this complaint was so severe and objectively offensive that it deprived Jacob and KW of full access to the educational opportunities and benefits required by Title VI that the school provide to each student.

69.    The conduct in violation of Title VI described in this complaint has caused Jacob and KW physical injuries and severe and psychological and emotional harm.

70.    The conduct in violation of Title VI described in this complaint has also caused Jacob and KW economic harm, including but not limited to falling behind academically, incurring expenses for therapy, and attorney's fees.

**WHEREFORE**, the plaintiffs demand judgment against the Defendant as follows:

1.     Against SDS in amounts sufficient to compensate Jacob and KW for all economic, physical, and emotional losses.

2.     An award of all attorney fees and costs pursuant to 42 U.S.C. § 1988.

3.     Any and all other relief the Court deems just to award, including but not limited to equitable relief.

## **JURY DEMAND**

The plaintiff respectfully requests that this matter be tried before a jury of six (6) competent persons.

Dated this 8th day of October, 2021.

**GINGRAS THOMSEN & WACHS LLP**
Attorneys for Plaintiffs

*s/ Robert J. Gingras*
Robert J. Gingras (SBN: 1002909)
Kimberly D. Sweatt (SBN: 1113323)
8150 Excelsior Drive
Madison, WI  53717
Phone:  (608) 833-2632
Fax:  (608) 833-2874
gingras@gtwlawyers.com
ksweatt@gtwlawyers.com